UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMSEY WINDSOR,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 4:20-cr-00218-AGF<br>)<br>)<br>)<br>) |

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☒ **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐ **The defendant declines to sign this notice.**

(<u>Note</u>:  Defense counsel should check the appropriate box(es) above.)

9-27-2021
Date

Signature of Attorney

☒ **I have been fully informed of my right to appeal the final judgment in this case. I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

9-27-2021
Date

Signature of Defendant